**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Joseph David Reddy,** | ) | **CASE NO. 1:12 CV 57** |
| | ) | |
| Petitioner, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Bennie Kelly, Warden,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| Respondent. | ) | |

This Court, having issued its Memorandum of Opinion and Order accepting the Report and Recommendation of Magistrate Judge Baughman, Jr. (Doc. 11) which recommends dismissal and denial of the Petition for Writ of Habeas Corpus pending before the Court, hereby enters judgment for respondent. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed.R.App.P. 22(b).

IT IS SO ORDERED.

                                                /s/ Patricia A. Gaughan
                                                PATRICIA A. GAUGHAN
Dated: 9/10/14                        United States District Judge